# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RAZORBACK CONCRETE CO.**                                                 **PLAINTIFF**

**V.**                                             **3:07CV00187 JMM**

**INTERSTATE CONCRETE**                                      **DEFENDANT/**
**CONST., LLC,**                                                         **COUNTER**
                                                                                **PLAINTIFF**

 and

**LIBERTY MUTUAL**
**INSURANC CO.**                                                                    **DEFENDANT**

## ORDER GRANTING MOTION TO COMPEL

Pending is Defendant/CounterPlaintiff Interstate Concrete Const., LLC's Motion to Compel. Plaintiff has responded and Interstate Concrete has replied.

After review of the pleadings, the Court finds the Motion should be GRANTED. Plaintiff is directed to produce the purchase invoice for the month of September 2006 as requested in Interrogatory Number 16 subject to a Protective Order limiting this information to use in this litigation and providing that the information will not be disseminated beyond the lawyers and witnesses in this case.

Further, the Plaintiff is directed to produce a list of customers as requested in Interrogatory Number 17. Again, this customer list should be subject to a Protective Order limiting the information to use in this litigation and providing that the information will not be disseminated beyond the lawyers and witnesses in this case. However, this Protective Order should not preclude contact of these customers by Interstate Concrete.

The Motion to Compel (Docket # 20) is GRANTED. The Motion to Shorten Time (Docket # 22) is GRANTED. Plaintiff is directed to provide these responses as soon as possible,

but no later than Monday, September 8, 2008 at 10:00 without permission of the Court.

IT IS SO ORDERED this 5th day of September 2008.

_____
James M. Moody
United States District Judge