UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RAZORBACK CONCRETE CO.,

    Plaintiff,

v.                                           CASE NO. 3:07cv00187 JMM

INTERSTATE CONCRETE CONST. LLC,
and LIBERTY MUTUAL INSURANCE CO.,

    Defendants.

## AGREED ORDER OF DISMISSAL

It appearing to the Court as evidenced by the signatures of counsel for the parties hereto, that all matters in dispute have been compromised and settled and that the parties are in agreement that all claims and counterclaims brought in this cause should be and hereby are dismissed with prejudice.

It is so **ORDERED**.

**ENTERED** this the 5th day of November, 2008.

                                            _____
                                            James M. Moody
                                            United States District Judge

AGREED TO:

/s/ Bill W. Bristow
Bill W. Bristow
Bristow & Richardson, P.L.L.C.
216 East Washington
Jonesboro, AR 72401
(870) 935-9000
**billbristow@suddenlinkmail.com**
Attorney for Plaintiff Razorback Concrete Co.

/s/ J. Brad Scarbrough
J. Brad Scarbrough, TN BPR# 20980
Scarbrough & Weaver, PLC
5214 Maryland Way, Suite 300
Brentwood, TN 37027
(615) 369-9996
**bscabrough@kirkmc.com**

and

Gail Ponder Gaines
BARBER, McCASKILL, JONES & HALE, P.A.
2700 Regions Center
400 West Capitol Avenue, Suite 2700
Little Rock, AR  72201
(501) 372-6175
**ggaines@barberlawfirm.com**

Attorneys for Defendants Interstate Concrete Const., LLC
and Liberty Mutual Insurance Company